

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 97914 |
| Date Entered: | 07/20/2016 |
| External Request: | Yes |
| Case # | OI-CH-2016-CFR-0057 |
| Request Type: | CRIS Review |
| LESP Report ID # : | 53650-2016-HC |

## Requestor Information

| | |
|---|---|
| Requestor Name: | **Special Agent J. Christopher Lukas** |
| Agency: | **EPA-OIG, Electronic Crimes Division** |
| Type: | **Fed** |
| Phone: | **202-566-0445** |
| Extension: | |
| Email Address: | **lukas.john@epa.gov** |
| Address: | **1200 Pennsylvania Ave, NW, WJC West B-429** |
| City: | **Washington** |
| State: | **DC** |
| Zip: | **20460** |
| Country: | **United States** |

## Reported Person's Information

| | |
|---|---|
| Reported Person Name: | **Floyd O'Hara** |
| Screen Names: | **Fohara; Fohara410; Fohara6443** |

## Searches

| | |
|---|---|
| CyberTip Search: | Yes |
| Public Records Search: | No |

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

| | |
|---|---|
| LE Contact Needed: | No |
| ISP Contact Needed: | No |

## Additional Case Details

Investigative Analyst Costello on behalf of USPIS Inspector Owens received one (1) DVD from the submitting agency. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | **Michelle Young** |
| Date Processed: | **07/26/2016** |
| Case Status: | **Closed** |
| Attachment On File: | **Yes** |
| Images Were Identified: | **Yes** |

## NCMEC Notes

| Note #1 | |
|---|---|
| Note Type: | **ECD Note** |
| Note Date: | **07/20/2016** |

ECD - NM 07/20/2016 15:23

Past CT/TA search on Fohara410 returned one (1) result, which appears to be related:

CT - 6641494 - Sent to: Manila, Philippines - Report forwarded to ICE Field Office (Philippines), AC Sherwin Uy, 632-523-8481 loc. 222, jsguy@doj.gov.ph

Past CT/TA searches on each of the following returned no results:
"Floyd O'Hara"
"Floyd * O'Hara"
Fohara
Fohara6443

**For additional information regarding CT reports, please contact the CyberTipline at ecuassistance@ncmec.org.**

==============
ECD - MRY  07/27/2016 09:14

The submitted files were compared with NCMEC's Child Recognition & Identification System (CRIS). There were files that appear to contain a child victim who has been identified by law enforcement.

The following 'Child Identification Report' will list the specific file names, the corresponding series name, and the law

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

enforcement point of contact who is providing age verification for the child.

Series noted within the attached Child Identification Report may require victim notification in accordance with the Crime Victims' Rights Act, 18 U.S.C.section 3771 and the Crime Control Act of 1990, 42 U.S.C.section 10607. Please note that while some series contain multiple children, not all children may have opted in. FBI's Office for Victim Assistance Child Pornography Victim Assistance (OVA CPVA) Program has been provided a copy of this report and will forward a list of victims, contact information and notification preference to the investigator and designated victim assistance or notification personnel within your agency. If you have questions on victim notification, please contact the OVA CPVA program via email cpva@ic.fbi.gov or phone 1-877-236-8947 (option 3).

==============

At this time, I will send an electronic copy of the Child Identification Report to Special Agent J. Christopher Lukas. In addition, NCMEC USPIS Liaisons will destroy or return the media.

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

* When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC TA Report #, seen on the next page.
* If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit  from the law enforcement point of contact as the first step in verifying the image.

Based on the demands placed on series point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

Copyright 2016. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/ prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

The names of certain series may be the victim's actual first name. Federal and various state laws restrict the public distribution of identifying information about child victims and/or witnesses to protect the privacy of victims. See 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771.

| | |
|---|---|
| **TA Report #:** | 97914 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 2 |
| **# of Other Files Identified:** | 0 |

*For file(s) listed under "Other", file type was unable to be classified by the CRIS system as an image or video; however, the file was accessible. Please consult submitted media to determine file type.*

| | |
|---|---|
| **Total # of Series Identified:** | 1 |

**Series (# of files)**

RCA (2)

PLEASE NOTE: Some files may depict more than one series. Therefore adding the number of files in each series may be larger than the number of total identified files.

Copyright 2016. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/ prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 97914 |
| **Series:** | RCA |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

| | |
|---|---|
| **Agency:** | Stephens County Sheriff's Office |
| **Investigator:** | Major Michael Crozier (Retired) |
| **Phone:** | 706-599-6244 |
| **State:** | GA |
| **Country:** | United States |
| **Email:** | mjcrozier@windstream.net |
| **Preferred Method of Contact:** | Email |
| **Case #:** | 305A-AT-93303 |
| **# of Files:** | 2 |
| **Files Found:** | |
| | pthc preteen sex incest (REAL THING)/(Pthc) Pedo 5Yo Vaginal Penetration - Rca 5Y(1).mpg |
| | pthc preteen sex incest (REAL THING)/Kinderficker Pthc Ptsc Hussyfan I Fuck My 3Yo Step Doughter Jenniefer Sofie Verme And Cum Up And On Her Litle Child Pussy.avi |

*Copyright 2016. National Center for Missing & Exploited Children. All rights reserved. Do not reproduce without express written permission from NCMEC.*